**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Jimmie Joe Honaker, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Oasis Petroleum North America, LLC, | ) | Case No. 4:14-cv-122 |
| | ) | |
| Defendant. | ) | |

On May 7, 2015, the parties filed a "Stipulation After Status Conference." The court **ADOPTS** the parties' stipulation (Docket No. 14). The undersigned shall schedule a settlement conference with the parties. The court shall hold all outstanding motions in abeyance pending the settlement conference. Plaintiff's time to respond to the well proposal shall be tolled from May 6, 2015, the date on which he filed motions for injunctive relief, through the time of the settlement conference and, if a settlement is not reached, until the court addresses plaintiff's motions for injunctive relief. In the interim, defendant shall refrain from issuing other well proposals to plaintiff relating to the Omlid 18-19HTF well.

**IT IS SO ORDERED.**

Dated this 8th day of May, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court